1
2
3
4
5
6
7
8
9
10
11
12                        IN THE UNITED STATES DISTRICT COURT
13                            FOR THE DISTRICT OF NEVADA
                                   NORTHERN DIVISION
14
   ALBERT FICKER and PATRICIA FICKER;    )
15 CRAIG SHAULL and KATHLEEN SHAULL;     )
   WANDA FICKER and CARL FICKER;         )
16 RANDY FICKER; JANET BANASIHAN;        )
   ROBERT COHEN; LILIAN RILEY;           )
17 ROY KING individually and trustee of the )
   ROY KING TRUST, and the MARYANNE      )
18 WUNG KING TRUST; GLORIA KING;         )
   JOSEPH REIS; ROBERT WINE              )
19                                       )
20            Plaintiffs,                )   Case No.  3:11-cv-0727 [LRH]
       vs.                               )
21 DANT CORPORATION, a Nevada corporation; ) **ORDER SETTING**
   DAN TYNON; RICHARD WHITE;             ) **DEFAULT DAMAGES**
22 LYN MCBRIDE; RALPH BOYLE;              ) **HEARING**
   JOHN DOES 1-20, individuals,          )
23                                       )
            Defendants.                  )
24 _____ )
25

1    IT IS SO ORDERED that a default damages hearing will be held in this matter on
2 Tuesday, June 11, 2013, at 10 a.m. in Reno Courtroom No. 5. This hearing is set for two
3 hours.
4    DATED this 13th of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE