1

2

3

4

5

6

7

8

9

10

11

12              IN THE UNITED STATES DISTRICT COURT

13                  FOR THE DISTRICT OF NEVADA
                         NORTHERN DIVISION

14

| | |
|---|---|
| ALBERT FICKER and PATRICIA FICKER; | ) |
| CRAIG SHAULL and KATHLEEN SHAULL; | ) |
| WANDA FICKER and CARL FICKER; | ) |
| RANDY FICKER; JANET BANASIHAN; | ) |
| ROBERT COHEN; LILIAN RILEY; | ) |
| ROY KING individually and trustee of the | ) |
| ROY KING TRUST, and the MARYANNE | ) |
| WUNG KING TRUST; GLORIA KING; | ) |
| JOSEPH REIS; ROBERT WINE | ) |
| | ) |
| Plaintiffs, | )    Case No. 3:11-cv-0727 [LRH] |
| vs. | ) |
| DANT CORPORATION, a Nevada corporation; | )**ORDER SETTING** |
| DAN TYNON; RICHARD WHITE; | )**DEFAULT DAMAGES** |
| LYN MCBRIDE; RALPH BOYLE; | )**HEARING** |
| JOHN DOES 1-20, individuals, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

25

IT IS SO ORDERED that a default damages hearing will be held in this matter on Tuesday, June 11, 2013, at 10 a.m. in Reno Courtroom No. 5. This hearing is set for two hours.

DATED this 13th of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE